IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 0:23-cv-60662-ALTONAGA/Strauss

**SABRINA MARTINEZOVA,**

    Petitioner,

**v.**

**JOHANNER GIRONELLA,**

    Respondent.

_____/

**NOTICE OF RETURN**

Petitioner, Sabrina Martinezova, by and through her undersigned counsel and pursuant to this Court's Return Order, ECF No. 35, hereby notifies the Court that Petitioner and her two minor children, A.G.M and E.G.M., have safely returned to Spain.

Respectfully submitted May 10, 2023.

    By: */s/ Alexandra Goodstone*
        Alexandra Goodstone
        Florida Bar No. 0125003
        Brett Alan Barfield, Esq.
        Florida Bar No. 0192252
        PAG LAW PLLC
        Four Seasons Tower
        1441 Brickell Avenue, Suite 1120
        Miami, Florida 33131
        Tel. 786.292.1599 | Fax 786.373.7122
        brett@pag.law
        alexandra@pag.law
        *Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 10, 2023, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal cases of this Court by using the CM/ECF system which will send a notice of electronic filing counsel of record.

     Respectfully submitted,

     By: */s/ Alexandra Goodstone*